(October 29, 1998)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY BELLAMY, Appellant. [678 NYS2d 891] —Judgment, Supreme Court, New York County (Charles Solomon, J., at hearing; Richard Carruthers, J., at plea and sentence), rendered March 24, 1997, convicting defendant of attempted criminal possession of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to a term of 1½ to 3 years, unanimously affirmed.

Defendant's suppression motion was properly denied. We

find that the court's credibility determinations are supported by the record (*see, People v Prochilo*, 41 NY2d 759, 761). Concur—Lerner, P. J., Milonas, Ellerin, Rubin and Williams, JJ.